1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEATH WISH COFFEE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LIQUID DEATH, a/k/a SUPPLYING DEMAND INC.,<br><br>        Defendant. | Case No. 2:25-cv-09583-MCS-MBK<br><br>**ORDER GRANTING JOINT PROTECTIVE ORDER TO PRESERVE THE STATUS QUO (ECF No. 17)** |

The Court, having considered Plaintiff Death Wish Coffee, LLC ("Death Wish") and Defendant Liquid Death a/k/a Supplying Demand Inc.'s ("Liquid Death") Joint [Proposed] Protective Order to Preserve the Status Quo, hereby ORDERS as follows:

1.    Liquid Death and its corporate parents, subsidiaries, agents, representatives, and anyone acting for or on its behalf are restrained and enjoined from selling, marketing, advertising or otherwise promoting any coffee-flavored beverage or product labeled as coffee bearing any "DEATH"-formative mark or branding. For avoidance of doubt, nothing in this Order shall prohibit the incidental use of coffee-derived ingredients to provide caffeine in energy drink products that are not marketed, labeled, or sold as coffee. The term "coffee" may appear on product packaging within an ingredient statement as required by applicable FDA labeling regulations.

2.    This stipulated Protective Order shall remain in force and effect through and until the conclusion of this litigation—whether by final judgment, settlement, or other disposition— or upon good cause found by the Court upon properly noticed motion by an interested party hereto.

3.    The Court shall retain jurisdiction over the subject matter and the parties to enforce the terms of this Protective Order.

**IT IS SO ORDERED.**

Dated: November 19, 2025

_____
Hon. Mark C. Scarsi
United States District Judge

ORDER GRANTING JOINT [PROPOSED] PROTECTIVE ORDER TO PRESERVE THE
STATUS QUO