# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEATH WISH COFFEE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LIQUID DEATH, a/k/a SUPPLYING DEMAND INC.,<br><br>    Defendant. | Case No. 2:25-cv-9583-MCS (MBKx)<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge:   Hon. Mark C. Scarsi |

Plaintiff Death Wish Coffee, LLC and Defendant Liquid Death, a/k/a Supplying Demand Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims and causes of action, and with each party bearing their own attorney's fees and costs.

**SO STIPULATED AND AGREED.**

Dated: January 8, 2026　　　　　BRAUNHAGEY & BORDEN LLP

　　　　　　　　　　　　　　　　By:　*s/ Adam Cashman*
　　　　　　　　　　　　　　　　　　　Adam Cashman

　　　　　　　　　　　　　　　　*Attorneys for Death Wish Coffee, LLC*

Dated: January 8, 2026　　　　　AMIN WASSERMAN GURNANI LLP

　　　　　　　　　　　　　　　　By:　*s/ William Cole*
　　　　　　　　　　　　　　　　　　　William Cole

　　　　　　　　　　　　　　　　*Attorneys for Liquid Death, a/k/a Supplying Demand Inc.*

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Adam Cashman, hereby attest that all signatories listed, and on whose behalf this filing is submitted, have concurred in the filing's content and have authorized the filing.

By: *s/ Adam Cashman*
Adam Cashman